IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 16-172 |
| CHARLES MUGLER | : | |

**PRAECIPE TO SATISFY FINANCIAL JUDGMENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

    Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

                                          JACQUELINE C. ROMERO
                                          United States Attorney

                                          _____
                                          JOSEPH F. MINNI
                                          Assistant United States Attorney
                                          Pennsylvania Bar Id. No. 53241
                                          615 Chestnut Street
                                          Suite 1250
                                          Philadelphia, PA 19106-4476
                                          (215) 861-8200

Date: October 20, 2022.